# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGEPETH, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00063-AWI-SMS PC<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED OBJECTION, AND GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO OBJECT<br><br>(Doc. 8) |

　　　Plaintiff Keith Ross, a state prisoner proceeding pro se and in forma pauperis, filed this civil action on January 12, 2009. On February 25, 2011, Plaintiff filed an unsigned objection to the findings and recommendations filed on January 26, 2011.

　　　The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 131. Accordingly, Plaintiff's objection is HEREBY STRICKEN from the record, and Plaintiff is GRANTED **thirty (30) days** within which to file a signed objection.

IT IS SO ORDERED.

**Dated:　　March 2, 2011**　　　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1