# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-00063-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANT TO FILE A STATUS REPORT ON OR BEFORE JANUARY 4, 2013, IF THE STIPULATION FOR VOLUNTARY DISMISSAL HAS NOT BEEN FILED BY THAT DATE<br><br>(Docs. 19 and 20) |

Pursuant to the parties' notice of settlement and request for relief from any scheduled matters pending submission of their signed stipulation for voluntary dismissal, the Court issued an order on May 4, 2012, relieving Defendant of his obligation to file a response to Plaintiff's complaint and directing Defendant to file a status report within five days regarding the status of service by the United States Marshal. On May 9, 2012, Defendant filed a status report notifying the Court that he waived service and returned the waiver to the U.S. Marshal on May 1, 2012.

Accordingly, service having been addressed, the Court HEREBY SETS a deadline of January 4, 2013, for Defendant to file a status report, if the stipulation for voluntary dismissal has not been filed by that date.[1]

IT IS SO ORDERED.

**Dated:   May 14, 2012**　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's receipt of the settlement sum, after which the parties will file their stipulation, depends on the state reaching a budget.

1