# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>              Plaintiff,<br><br>    v.<br><br>A. HEDGPETH,<br><br>              Defendant.<br>_____/ | CASE NO. 1:09-cv-00063-AWI-SKO PC<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>(Doc. 25)<br><br>Date:         January 18, 2013<br>Time:        10:30 a.m.<br>Courtroom:  7 (SKO) |

      Plaintiff Keith Ross, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 12, 2009, and it is proceeding against Defendant Hedgpeth on Plaintiff's First Amendment free exercise and Religious Land Use and Institutionalized Persons Act claims. 42 U.S.C. § 1983; 42 U.S.C. § 2000cc-1.

      On May 3, 2012, the parties filed a notice of settlement and requested to be relieved of any scheduled matters pending finalization of the settlement. On May 4, 2012, the Court granted the parties' request, relieved Defendant of his obligation to respond to Plaintiff's complaint, and ordered Defendant to file a status report within forty-five days. Defendant filed a status report on May 9, 2012, and on May 14, 2012, the Court issued an order requiring Defendant to file a status report on or before January 4, 2013, if the stipulation for voluntary dismissal had not yet been filed.

      On January 9, 2013, Defendant filed a status report requesting that the Court set a settlement conference and stay the proceedings pending conclusion of the settlement conference. At issue as represented in the status report is the parties' ability to finalize their settlement agreement: the California Department of Corrections requires that Plaintiff sign the stipulation for voluntary dismissal as a condition of payment while Plaintiff will not sign the stipulation until he is paid.

Based the nature of the issue identified in the status report, the Court HEREBY ORDERS as follows:

1. A telephonic status conference is set for January 18, 2013, at 10:30 a.m. before the undersigned in Courtroom 7;

2. Defendant's counsel is required to coordinate the conference call with Plaintiff and initiate the conference call to (559) 499-5790; and

3. The Clerk's Office is directed to serve a courtesy copy of this order by facsimile on the Litigation Coordinator for Calipatria State Prison.

IT IS SO ORDERED.

**Dated:   January 10, 2013**                  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE