# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS, | CASE NO. 1:09-cv-00063-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION IN LIGHT OF PENDING STATUS HEARING, WITHOUT PREJUDICE |
| v. | |
| A. HEDGPETH, | (Doc. 24) |
| Defendant. | |

Plaintiff Keith Ross, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 12, 2009, and it is proceeding against Defendant Hedgpeth on Plaintiff's First Amendment free exercise and Religious Land Use and Institutionalized Persons Act claims. 42 U.S.C. § 1983; 42 U.S.C. § 2000cc-1.

On August 31, 2012, Plaintiff filed a motion seeking to set aside judgment entered on May 4, 2012. Fed. R. Civ. P. 60(b). In as much as judgment has not been entered in this case, the Court construes Plaintiff's motion as seeking relief from the stay entered in this action on May 14, 2012.

Based on Defendant's most recent status report regarding the parties' settlement agreement, which has stalled at the finalization stage, the Court set a telephonic status hearing for January 18, 2013, at 10:30 a.m. During the hearing, Plaintiff will have the opportunity to address any concerns or issues he has regarding the stalled settlement agreement, and he will have the opportunity to be heard regarding whether or not this action should remain stayed.

///

///

1   In light of the pending status hearing and the ability of both parties to be heard regarding any
2   concerns or issues pertaining to these proceedings, the Court HEREBY DENIES Plaintiff's motion
3   of August 31, 2012, without prejudice.

7   IT IS SO ORDERED.

8   **Dated:    January 11, 2013**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE