# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEITH ROSS,                                             CASE NO. 1:09-cv-00063-AWI-SKO PC

               Plaintiff,                    ORDER DENYING MOTION AS MOOT

   v.                                                          (Doc. 30)

A. HEDGPETH,

               Defendant.

_____/

      On January 17, 2013, Plaintiff Keith Ross, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion requesting that he be allowed to appear via video-conference if a settlement conference is held.

      In light of the status hearing held on January 18, 2013, and the issuance of the order following that hearing, Plaintiff's motion is moot and is HEREBY DENIED on that ground, without prejudice.

IT IS SO ORDERED.

**Dated:   January 22, 2013**                    _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE