# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH,<br><br>　　　　　Defendant.　　　　　／ | CASE NO. 1:09-cv-00063-AWI-SKO PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. 36) |

Plaintiff Keith Ross, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 12, 2009. 42 U.S.C. § 1983; 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA)). This action is proceeding against Defendant Hedgpeth for violation of the Free Exercise Clause of the First Amendment and for violation of RLUIPA.

On June 3, 2013, the parties filed a stipulation for voluntary dismissal of this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is DIRECTED to close this case; and

2. Pursuant to the agreement reached at the status conference held on January 18, 2013, the Court shall retain jurisdiction to enforce the settlement agreement for a period forty-five days from June 3, 2013. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S.

///

375, 377-82, 114 S.Ct. 1673 (1994); *Hagestad v. Tragesser*, 49 F.3d 1430, 1433 (9th Cir. 1995).

IT IS SO ORDERED.

Dated:   June 4, 2013

                                    SENIOR DISTRICT JUDGE