# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROSS, | Case No. 1:09-cv-00063-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE |
| v. | (Doc. 40) |
| A. HEDGPETH, | |
| Defendant. | |

Plaintiff Keith Ross ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 12, 2009. On May 3, 2012, Defendant Hedgpeth ("Defendant") filed a notice of settlement, and this case was closed on June 5, 2013. (Docs. 19, 36, 37.)

On June 10, 2013, Plaintiff filed a motion to enforce the settlement agreement, and the Court denied the motion, with prejudice, on November 12, 2013. (Docs. 38, 39.) Plaintiff filed a motion for reconsideration on January 13, 2014. Defendant did not file a response.

Plaintiff seeks, by way of reconsideration, a waiver of the filing fee for this action and the return of the balance paid to date. The Magistrate Judge previously informed Plaintiff as follows:

> The filing fee is due and payable upon the commencement of an action. 28 U.S.C. § 1914(a); Fed. R. Civ. P. 3. Although Plaintiff was granted leave to proceed in forma pauperis in this action, prisoners are not entitled to a waiver of the fee. 28 U.S.C. § 1915(b)(1). Rather, in forma pauperis status merely permits prisoners to proceed without *prepayment* of the filing fee. 28 U.S.C. § 1915(a)(2). Relief from

> the filing fee was not part of the parties' settlement agreement and no representation to the contrary was made by Defendant's counsel or the Court during the status conference.

(Doc. 35, Order, 3:8-14.)

Furthermore, the undersigned denied Plaintiff's motion for enforcement of the settlement agreement and found that the terms of the parties' settlement agreement did *not* include reimbursement of the filing fee.

Plaintiff's disagreement with the Court's orders is not grounds for reconsideration. *U.S. v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1131 (E.D. Cal. 2001). Plaintiff's motion has no merit and it is HEREBY DENIED, with prejudice. Fed. R. Civ. P. 60(a), (b); Local Rules 230(j), 303(f). The Court will not consider any further motions for reconsideration of the orders issued in this case.

IT IS SO ORDERED.

Dated:   March 28, 2014                              _____
                                                     SENIOR DISTRICT JUDGE